**Lenis HALL Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 28467.

Court of Criminal Appeals of Texas.

June 30, 1956.

**Pearlene GREEN, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 28483.

Court of Criminal Appeals of Texas.

June 30, 1956.

No appearance for appellant.

Leon Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is forgery; the punishment, four years in the penitentiary.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review.

The judgment is affirmed, and no motion for rehearing will be entertained in this case.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

Possessing alcoholic beverages for the purpose of sale in a dry area is the offense; the punishment, a fine of $250.

The record on appeal contains no statement of facts or bills of exception, without which nothing is presented for review.

The judgment is affirmed, and no motion for rehearing will be entertained in this case.